UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Jean-Marc Zimmerman (JZ 7743)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel:  (908) 654-8000
Fax: (908) 654-7207

Attorneys for Plaintiff Millennium, L.P.

| | |
|---|---|
| MILLENNIUM, L.P.,<br><br>                              Plaintiff,<br><br>          v.<br><br>HEWLETT PACKARD COMPANY,<br><br>                              Defendant. | **Case No. 06 CV 522 (GEL)**<br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

Plaintiff hereby voluntarily agrees to dismiss the above-identified action without prejudice and without cost to any of the Parties.

                                                          By:_____
                                                                Jean-Marc Zimmerman (JZ 7743)
                                                                Zimmerman, Levi & Korsinsky LLP
                                                                226 St. Paul Street
                                                                Westfield, NJ 07090
                                                                Tel: (908) 654-8000
                                                                Fax: (908) 654-7207

                                                                Attorneys for plaintiff Millennium, L.P.

Dated: May 5, 2006
          Westfield, NJ


SO ORDERED:
May _____, 2006                                           Gerard E. Lynch, U.S.D.J.