UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MILLENNIUM, L.P.,

        Plaintiffs,

  -against-

HEWLETT-PACKARD CO.,

        Defendant.

------------------------------------------------------------x

06 Civ. 522 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    This case was voluntarily dismissed on May 5, 2006. Accordingly, the Clerk of the Court is respectfully directed to mark the case closed for statistical purposes.

SO ORDERED.

Dated: New York, New York
       May 11, 2007

                                     GERARD E. LYNCH
                                     United States District Judge